# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/2/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 02-00438DAE |
| CASE NAME: | USA vs. (03) STAR-BEACHBOYS, INC. |
| ATTYS FOR PLA: | Edmund P. Power |
| | John F. Cox, III |
| ATTYS FOR DEFT: | (03) Dennis E. W. O'Connor, Jr. |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 2/2/2006 | TIME: | 2:46-2:49 |

COURT ACTION:  EP: Motion for Withdrawal of Not Guilty Plea and to Plead Anew - Corporate Representative Dennis E.W. O'Connor, Jr. present.

Parties stipulate that the Guilty Plea entered previously was never withdrawn. Motion for Withdrawal of Not Guilty Plea and to Plead Anew not necessary.

Parties waive the right to object to any changes to the Pre-Sentence report already prepared.

Sentencing to Count 10 of the Third Superseding Indictment set for 10:30 2/3/06 before Judge David Alan Ezra.

Submitted by: Warren N. Nakamura, Courtroom Manager