AFTER RECORDATION, RETURN BY MAIL ( ) PICK-UP ( )

TITLE OF DOCUMENT:

LIMITED WARRANTY DEED

PARTIES TO DOCUMENT:

Grantor:   UNITY HOUSE, INCORPORATED, a Hawaii nonprofit corporation

Grantee:

Address:

PROPERTY DESCRIPTION:         : LIBER/PAGE/DOCUMENT NO.:
                              : LAND COURT DOCUMENT NO.:
                              : TRANSFER CERTIFICATE OF
                              :   TITLE NO(S).:

TAX MAP KEY:

Generic Deed Ex C.wpd                **EXHIBIT C**

## LIMITED WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS:

That UNITY HOUSE, INCORPORATED, a Hawaii nonprofit corporation, hereinafter called the "Grantor", for and in consideration of the sum of TEN DOLLARS ($10.00) and other good and valuable consideration to the Grantor paid by _____, hereinafter called the "Grantee", receipt whereof is hereby acknowledged, does by these presents grant, bargain, sell and convey the real property described in Exhibit "A" hereto attached and expressly made a part hereof, unto the Grantee as [tenancy]; [(FOR THE MAKAI PROPERTIES) TOGETHER WITH, all of the Grantor's right, title and interest under (i) (applicable lease and (ii) sublease descriptions) and (iii) any lease covering apartment units within the condominium project known _____, and more particularly described in said Exhibit "A";]

And the reversions, remainders, rents, issues and profits thereof and all of the estate, right, title and interest of the Grantor, both at law and in equity, therein and thereto;

TO HAVE AND TO HOLD the same, as to said real property, together with all buildings, improvements, tenements, hereditaments, rights, easements, privileges and appurtenances thereunto belonging or appertaining or held and enjoyed therewith unto the Grantee, absolutely and in fee simple;

The Grantor does hereby covenant and agree to and with the Grantee that the Grantor is lawfully seized in fee simple of the real property described in Exhibit "A" and has full power and authority to sell and convey the property and that the Grantor has not done or suffered any act or thing whereby said property is encumbered and that the same is free and clear of and from all encumbrances made or suffered by the Grantor other than the encumbrances mentioned in said Exhibit "A" and real property taxes;

The terms "Grantor" and "Grantee", as and when used herein, or any pronouns used in place thereof, shall mean and include the masculine, feminine or neuter, the singular or plural number, individuals, associations or corporations, and their and each of their respective successors, heirs, personal representatives and assigns, according to the context thereof. If these presents shall be signed by two or more Grantors or by two or more Grantees, all covenants of the Grantor shall for all purposes be joint and several.

IN WITNESS WHEREOF, the Grantor has executed these presents this _____ day of _____, 2006.

                                                      UNITY HOUSE, INCORPORATED,
                                                      a Hawaii nonprofit corporation


                                                By _____
[Type name:]
[Type office:]                     Its _____

STATE OF _____ )
                                  ) SS.
COUNTY OF _____ )

On this _____ day of _____,
before me personally appeared _____,
to me personally known, who, being by me duly sworn or affirmed, did say that such person(s) executed the foregoing instrument as the free act and deed of such person(s), and if applicable in the capacity shown, having been duly authorized to execute such instrument in such capacity.

Type or print name: _____
Notary Public, in and for said County and State.

My commission expires _____

-4-