IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  02-00438 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AARON A. RUTLEDGE, | ) | |
| ANTHONY A. RUTLEDGE, SR., | ) | |
| a/k/a "TONY" RUTLEDGE, | ) | |
| STAR-BEACHBOYS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER NAMING ADDITIONAL MEMBERS TO THE BOARD OF DIRECTORS FOR UNITY HOUSE, INC.

On February 6, 2006, this Court accepted the plea agreements entered

into between the United States and Aaron A. Rutledge, Anthony A. Rutledge, Sr.,

and Star Beach-boys, Inc.  Pursuant to the plea agreements, the Court is required to

name two directors, from the five individuals agreed upon by the Defendants and

the government, to serve as boards members for Unity House, Inc.

After careful consideration of the background and qualifications of the

five individuals, the Court hereby names James M. Boersema and Robert J.

Fishman as the new boards members for Unity House, Inc.  Mr. Fishman and Mr.

Boersema are to assume their positions immediately, or as soon thereafter as

practical under the circumstances.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 13, 2006.



_____
David Alan Ezra
United States District Judge

United States of America vs. Aaron A. Rutledge, et al., CR. No. 02-00438 DAE;
ORDER NAMING ADDITIONAL MEMBERS TO THE BOARD OF
DIRECTORS FOR UNITY HOUSE, INC.