**ORIGINAL**

LAW OFFICES OF BROOK HART
A Law Corporation
BROOK HART 723-0
333 Queen Street, Suite 610
Honolulu, Hawaii 96813
hartlaw@hawaii.rr.com
Telephone: (808) 526-0811
Facsimile: (808) 531-2677

FRED H. ALTSHULER
Altshuler, Berzon, Nussbaum,
  Rubin & Demain
177 Post Street, Suite 300
San Francisco, CA 94108
faltshuler@altshulerberzon.com
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for UNITY HOUSE, INC., IN RECEIVERSHIP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 19 2006

at 3 o'clock and 30 min. P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON A. RUTLEDGE, ANTHONY A. RUTLEDGE, SR., a/k/a "TONY" RUTLEDGE, STAR-BEACHBOYS, INC.,<br><br>Defendants. | Criminal No. 02-00438 DAE<br><br>**NOTICE OF FILING AND SUBMISSION OF FINAL REPORT OF THE RECEIVER; EXHIBITS A-D; CERTIFICATE OF SERVICE** |

## NOTICE OF FILING AND SUBMISSION OF
## FINAL REPORT OF THE RECEIVER

Comes now the Receiver of Unity House, Inc., EG&G Technical Services, Inc., and its agent, Anthony Pounders, by and through its undersigned attorneys, The Law Offices of Brook Hart and Altshuler, Berzon, Nussbaum, Rubin & Demain, and hereby gives notice of filing and submits the within Final Report of the Receiver pursuant to this Court's order of April 13, 2006.

Dated: Honolulu, Hawaii, May 19, 2006.

BROOK HART
Law Offices of Brook Hart

FRED H. ALTSHULER
Altshuler, Berzon, Nussbaum, Rubin & Demain

By: *Brook Hart*
Brook Hart

Attorneys for Unity House, Inc., in Receivership