LAW OFFICES OF BROOK HART
A Law Corporation

BROOK HART #723-0
333 Queen Street, Suite 610
Honolulu, Hawaii 96813
hartlaw@hawaii.rr.com
Telephone: (808) 526-0811
Facsimile: (808) 531-2677

FRED H. ALTSHULER
Altshuler, Berzon, Nussbaum,
  Rubin & Demain
177 Post Street, Suite 300
San Francisco, California 94108
faltshuler@altshulerberzon.com
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for UNITY HOUSE, INC.,
IN RECEIVERSHIP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2 1 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AARON A. RUTLEDGE, )<br>ANTHONY A. RUTLEDGE, SR., )<br>a/k/a/ "TONY" RUTLEDGE, )<br>STAR-BEACHBOYS, INC., )<br>)<br>Defendants. )<br>_____) | CRIMINAL NO. 02-00438-DAE<br><br>**NOTICE OF FILING OF RECEIVER'S INTERIM REPORT TO THE COURT; EXHIBIT "1"; CERTIFICATE OF SERVICE** |

### NOTICE OF FILING OF RECEIVER'S INTERIM REPORT TO THE COURT

Comes now EG&G Technical Services, Inc., the Receiver of Unity House, Inc., by and through its undersigned counsel, and hereby gives Notice of Filing of the Receiver of Unity

**EXHIBIT A**

House, Inc.'s Interim Report to the Court signed by EG&G Technical Services, Inc.'s Agent, ANTHONY POUNDERS, dated October 21, 2005, and attached hereto as Exhibit "1".

DATED:    Honolulu, Hawaii, October 21, 2005.

_____
BROOK HART, ESQ.
Attorney for Unity House, Inc., In Receivership