11/02/2005 11:23 FAX                                                                      ☒004/004

| Form **4564** (Rev. June 1988) | Department of the Treasury — Internal Revenue Service **Information Document Request** | Request number 1 |
|---|---|---|

| To: (Name of Taxpayer and Company Division or Branch) Mr. Anthony Pounders, Court Appointed Receiver Unity House Incorporated (UHI) 1701 Ala Wai Blvd Honolulu, Hawaii, 96815 *Please return Part 2 with listed documents to requester identified below* | Subject Form 990 FY 2002, 2003 and 2004 |
|---|---|
| | SAIN number / Submitted to: Anthony Pounders |
| | Dates of previous requests: None |

Description of documents requested

A. The following information is needed to determine if UHI is properly organized for the Internal Revenue Code section under which UHI is recognized:
   1. Organizing instruments - articles of incorporation, all amendments to the articles, and bylaws and
   2. Copies of UHI's application for recognition of exemption, determination letter(s), and all related correspondence.

B. The following information is needed to determine if UHI is operating in a manner consistent with its exempt status, if UHI has properly reported its sources and amounts of revenue and expenses, and if UHI has timely filed and properly completed all required federal returns:
   1. List and describe UHI's primary/principal activities and business operation,
   2. Member list by membership class and/or categories (e.g. employees, representatives of employees, entrepreneurs, independent contractors, etc.). Provide detail explanation regarding membership requirement and benefit,
   3. Minutes of all meetings of the board of directors and committees from January 1, 2002 through the current date,
   4. Books and records for assets, liabilities, receipts, and disbursements including all subsidiary ledgers (general, payroll, income and disbursements),
   5. All check registers, cancelled checks and bank statements (include bank statements for all banks and investment accounts),
   6. Copies of year-end financial statements and CPA's workpapers reconciling book balances to the tax returns,
   7. Copies of all correspondence file, contracts and agreements,
   8. Copies of all newsletters, brochures, pamphlets, advertising and publications, etc. provided to members and the general public,
   9. Copies of all federal information and tax returns filed for the period January 1, 2002 through the current date, including Forms 990 and 990-T. Provide copies of request for extension for all due but unfiled returns.
   10. Copies of payroll and similar returns for tax year 2002 through the current date including Forms 940, 941, W-2, 1099, and their various transmittal forms,
   11. List of scholarships and grants recipients, applications filed and requirement for qualifications, etc. and
   12. Labor Organization Annual Report (i.e., LM-2).

C. Per our discussion on November 1, 2005, provide:
   1. Electronic accounting files for General Ledger, cash disbursement, check register and general entries and
   2. UHI's operating activity analysis performed by UHI's tax attorney.

D. Identify transactions and accounting records for:
   1. Any business investments made with UHI's fund,
   2. Any payment of personal expenses of members or employees,
   3. Any loans to members, employees or government official,
   4. Any personal use of the organization's property,
   5. Any assets disposed to officials or members,
   6. Facilities rented to other entities and amount of the rent,
   7. Commercial advertising in the organizations publications,
   8. Associate member dues,
   9. Officers and employees's compensation including bonuses, expense reimbursements under a non-accountable plan, employer provided vehicles, taxable fringe benefits, etc.
   10. Legislative and political activities and detail expenditures,
   11. Transfer of funds to the separate segregated political fund (if any)

| Information due by 11/15/2005 | At next appointment ☒ | Mail in ☐ |
|---|---|---|
| From: | Name and title of requester May Ferguson, Revenue Agent  /s/ May Ferguson | Employee ID number 94-11920 | Date November 2, 2005 |
| | Office location Internal Revenue Service, SA6209/MF, 4330 Watt Ave., Sacramento, CA 95821 | Telephone number 916-974-5539 |

**EXHIBIT B**

DEC-01-2005 08:04   UNITY HOUSE INC                    9 944 0056    P.01/01

**Internal Revenue Service**
TEGE:EO:FIU Group, MS 6209
4330 Watt Avenue
Sacramento, CA 95821

*Walter
For Audit
for file*

Unity House Incorporated
ATTN: Mr. Anthony Pounders, Receiver
1701 Ala Wai Blvd.
Honolulu, Hawaii 96815

**Department of the Treasury**

Letter Number: 3164 G(DO)
Letter Date:
November 23, 2005
Social Security Number or
Employer Identification Number:
99-0088003
For Assistance You May Call Us At:
(916) 974-5539
Person to Contact:
May Ferguson
Employee Identification Number:
94-11920

Dear Sir:

We are in the process of examining a return you have filed with us to determine your correct federal tax liability. In order to complete this examination, we previously requested the following information from you.

| INFORMATION REQUESTED | DATE REQUESTED |
|---|---|
| Reference Letter 3613 and Form 4564 (Information Document Request, IDR) | November 2, 2005 |

Generally, our practice is to deal directly with a taxpayer or a taxpayer's duly authorized representative to secure the information. However, we sometimes talk with other persons when we need information that the taxpayer has been unable to provide.

Since you have been unable to provide the requested information, we are writing to tell you that we may contact other persons to obtain this and any related information. If we do contact other persons we will generally need to provide limited information, such as your name. The law prohibits us from disclosing any more information than is necessary to obtain or verify the information we are seeking. Our need to contact other persons may continue as long as we are examining any open tax year.

If you have any questions regarding this letter or wish to request a list of contacts, please do not hesitate to contact us at the telephone number listed above.

Sincerely,

*May Ferguson*
May Ferguson, Revenue Agent

Letter 3164 G(DO) (4-2000)
TOTAL P.01