

ORIGINAL

CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY    1211-0
CALVERT G. CHIPCHASE   7757-0
1000 Bishop Street, Suite 1200
Honolulu, Hawai'i 96813
Telephone: (808) 521-9200
Facsimile: (808) 521-9210
E-mail:   *jportnoy@cades.com*
          *cchipchase@cades.com*

Attorneys for UNITY HOUSE,
INCORPORATED

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 22 2006

at 2 o'clock and __ min __ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, | Criminal No. 02-00438 DAE |
|---|---|
| Plaintiff, | |
| v. | **UNITY HOUSE, INCORPORATED'S PARTIAL OBJECTION TO STIPULATED [PROPOSED] ORDER DISCHARGING THE RECEIVER, FILED JUNE 5, 2006** |
| AARON A. RUTLEDGE, ANTHONY A. RUTLEDGE, SR., a/k/a "TONY" RUTLEDGE, STAR-BEACHBOYS, INC., | |
| Defendants. | **CERTIFICATE OF SERVICE** |

## UNITY HOUSE, INCORPORATED'S
## PARTIAL OBJECTION TO THE STIPULATED [PROPOSED]
## ORDER DISCHARGING THE RECEIVER FILED JUNE 5, 2006

Unity House, Incorporated, ("Unity House") objects to the following provision contained in the Stipulated [Proposed] Order Discharging the Receiver, filed June 5, 2006 (the "Order"):

> 8. In accordance with this Court's previous orders herein, Unity House, Inc., shall pay the invoices of the attorneys retained by the Receiver for services rendered up to and including the Effective Date.

(Order at 4.)

Unity House requests that the Order be clarified to reflect Unity House's right to audit any invoices submitted by the attorneys retained by the Receiver. An audit of the invoices is necessary to ensure that the fees charged are reasonable. Unity House intends to submit any invoices to

> Jim Schratz & Associates
> Gatehouse
> 15290 Burbank Drive
> Glen Ellen, California 95442

The audit will be conducted promptly and all reasonable charges will be paid.

DATED: Honolulu, Hawai'i, June 22, 2006.

                                  CADES SCHUTTE
                                  A Limited Liability Law Partnership

                                  */s/ Calvert G. Chipchase*
                                  JEFFREY S. PORTNOY
                                  CALVERT G. CHIPCHASE
                                  Attorneys for UNITY HOUSE,
                                  INCORPORATED

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AARON A. RUTLEDGE, ANTHONY A. RUTLEDGE, SR., a/k/a "TONY" RUTLEDGE, STAR-BEACHBOYS, INC.,<br><br>    Defendants. | Criminal No. 02-00438 DAE<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, a true and correct copy of Unity House, Incorporated's Partial Objection to the Stipulated [Proposed] Order Discharging the Receiver, filed June 5, 2006, was served by U.S. mail, postage prepaid, on the following at their last know addresses:

BRIAN D. BOYLE
U.S. Department of Justice
Principal Deputy Associate AG
950 Pennsylvania Avenue, NW, Room 5706
Washington, DC 20530

    And

PATRICK T. MURPHY
U.S. Department of Justice
Criminal Division
1400 New York Avenue, NW
Washington, DC 20005

And

EDWARD E. GROVES
EDMUND P. POWER
U.S. Department of Justice
Tax Division
950 Pennsylvania Avenue, NW, Room 4132
Washington, DC 20530

And

EDWARD H. KUBO, JR.
FLORENCE T. NAKAKUNI
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd., Suite 6100
Honolulu, Hawaii 96850

  Attorneys for Plaintiff
  UNITED STATES OF AMERICA


MICHAEL JAY GREEN
Queen Street Building
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813

And

BRIAN J. DE LIMA
Crudele & De Lima
Hilo Lagoon Centre, Suite 133
101 Aupuni Street
Hilo, Hawaii 96720

  Attorneys for Defendant
  AARON A. RUTLEDGE

PATRICK T. MURPHY
U.S. Department of Justice
Criminal Division
1400 New York Avenue, NW
Washington, DC 20005

And

EDWARD E. GROVES
EDMUND P. POWER
U.S. Department of Justice
Tax Division
950 Pennsylvania Avenue, NW, Room 4132
Washington, DC 20530

And

EDWARD H. KUBO, JR.
FLORENCE T. NAKAKUNI
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd., Suite 6100
Honolulu, Hawaii 96850

  Attorneys for Plaintiff
  UNITED STATES OF AMERICA


MICHAEL JAY GREEN
Queen Street Building
345 Queen Street, 2nd Floor
Honolulu, Hawaii 96813

And

BRIAN J. DE LIMA
Crudele & De Lima
Hilo Lagoon Centre, Suite 133
101 Aupuni Street
Hilo, Hawaii 96720

  Attorneys for Defendant
  AARON A. RUTLEDGE

BRIAN S. SUN
JEFFREY M. RAWITZ
FREDERICK L. McKNIGHT
JOHN D. CLINE
Jones Day
555 S. Flower Street, 50th Floor
Los Angeles, California 90071

   And

K.C. MAXWELL
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104-1500

   And

WILLIAM C. McCORRISTON
PAUL B.K. WONG
McCorriston Miller Mukai MacKinnon
Five Waterfront Plaza
500 Ala Moana Blvd., Suite 400
Honolulu, Hawaii 96813

 Attorneys for Defendant
 ANTHONY A. RUTLEDGE, SR.


DAVID J. GIERLACH
Five Waterfront Plaza
500 Ala Moana Blvd., Suit 330
Honolulu, Hawaii 96813

   And

VICTOR SHERMAN
Sherman & Sherman
2115 Main Street
Santa Monica, California 90405

   And

3

DENNIS E.W. O'CONNOR, JR.
Reinwald O'Connor & Playdon
Pacific Guardian Center, Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii 96813

  Attorneys for Defendant
  STAR-BEACHBOYS, INC.


CHRISTOPHER J. MUZZI
RENEE M. FURUTA
ROGER S. MOSELEY
Moseley Biehl Tsugawa Lau & Muzzi
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii 96813

        And

SCOTT D. RADOVICH
Schneider Tanaka Radovich Andrew & Tanaka
Alakea Corporate Tower
1100 Alakea Street, Suite 2100
Honolulu, Hawaii 96813

  Attorneys for Movant
  DOUGLAS HIMMELFARB


ERIC A. SEITZ
Haseko Center
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813

  Attorney for the UNITY HOUSE, INC.,
  BOARD OF DIRECTORS (Anthony
  Rutledge, Jr., Arlene Ilae, Randall Harakal,
  Bob Fishman, Randy Borges, Berna Iosua,
  Michael Green, Norberto Castillo, Sonny
  Dudoit, James Boersema, Mel Kahele, Juliet
  Spencer)

4

BROOK HART
333 Queen Street, Suite 610
Honolulu, Hawaii 96813

    And

FRED H. ALTSHULER
Altshuler Berzon Nussbaum Rubin & Demain
177 Post Street, Suite 300
San Francisco, California 94108

 Attorneys for UNITY HOUSE, INC., in Receivership

RANDALL HARAKAL
Unity House, Incorporated
1701 Ala Wai Blvd.
Honolulu, Hawaii 96815

 Senior Vice President and Treasurer, UNITY HOUSE, INCORPORATED

ANTHONY RUTLEDGE, JR.
Unity House, Incorporated
1701 Ala Wai Blvd.
Honolulu, Hawaii 96815

 President, UNITY HOUSE, INC., BOARD OF DIRECTORS

KEITH HIRAOKA
Roeca Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813

 Attorney for ARLENE ILAE

5

JOHN D. MARSHALL
Nagle & Marshall
Three Waterfront Plaza
500 Ala Moana Blvd., Suite 450
Honolulu, Hawaii 96813

  Attorney for AOAO PAT'S AT PUNALUU


COREY Y.S. PARK
Park Johnson Park & Niles
American Savings Bank Tower
1001 Bishop Street, Suite 1300
Honolulu, Hawaii 96813

  Attorney for AOAO HANOHANO HALE and
  BANK OF HAWAII INSURANCE
  SERVICES, INC.


JONATHAN S. DURRETT
Stubenberg & Durrett
Davies Pacific Center
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813

  Attorney for HANOHANO ENTERPRISES,
  INC. and HANOHANO FAMILY, INC.


WILLIAM J. GILARDY, JR.
1620 Ala Moana Blvd., Suite 510
Honolulu, Hawaii 96815

  Attorney for SARAI ANN KALAI
  HONOHANO VAHEY

GRANT K. KIDANI
ALAN LING WONG
Kidani Law Center
233 Merchant Street, Suite 300
Honolulu, Hawaii 96813-2995

  Attorneys for RUDY TAM


MARK T. SHKLOV
Shklov Berman & O'Connor
American Savings Bank Tower
1001 Bishop Street, Suite 2800
Honolulu, Hawaii 96813

  Attorney for CHABAD LUBAVITCH OF
  HAWAII, INC.


J. PATRICK GALLAGHER
Henderson Gallagher & Kane
Topa Financial Center
745 Fort Street, Suite 1550
Honolulu, Hawaii 96813

  Attorney for NATIONAL UNION FIRE
  INSURANCE CO. OF PITTSBURGH, PA.


MAY FERGUSON
Revenue Agent
Internal Revenue Service
4330 Watt Avenue
Sacramento, California 95821


JANN TOMPKINS
Special Agent
Asset Forfeiture Coordinator
International Revenue Service
915 Second Avenue, Room 3250
Seattle, Washington 98174


7

T. ANTHONY GILL
DAVID A. SGAN
WADE C. ZUKERAN
Gill & Zukeran
Ocean View Center
707 Richard Street, Suite 100
Honolulu, Hawaii 96813-4693

   Attorneys for the *Aarona* Plaintiffs (KALEO AARONA, LUANNE FUJINAKA, STELLA GALON, ERIC GILL, BRIAN GOO, GODFREY MAESHIRO, DOMINADOR MOLINA, ROBIN MURAYAMA, TAMMY OMOSO, ILIA PATLIDZANOV, BRUCE ROBERTSON, MARIA SALANTES, WILLIAM SIMON, HERNANDO TAN, LOIS TANAKA, and UNITE HERE LOCAL 5, AFL-CIO)

CRAIG K. HIRAI
Bowen Hunsaker Hirai
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2020
Honolulu, Hawaii 96813

       And

HOWARD GLICKSTEIN
345 Queen Street, Suite 200
Honolulu, Hawaii 96813

       And

STEVEN M. EGESDAL
Carlsmith Ball LLP
American Savings Bank Tower
1001 Bishop Street, Suite 220
Honolulu, Hawaii 96813

       And

WALTER BEH, II
JASON TANI
DEVON PETERSON
Rush Moore LLP
Pacific Guardian Center
Mauka Tower, Suite 2400
737 Bishop Street
Honolulu, Hawaii 96813

     And

PHILIP R. BROWN
Pauahi Tower, Suite 2005
1001 Bishop Street
Honolulu, Hawaii 96813

 Attorneys for UNITY HOUSE, INC., in
 Receivership


KENT D. PELT
Fidelity National Title & Escrow of Hawaii, Inc.
201 Merchant Street, Suite 2100
Honolulu, Hawaii 96813

 Vice President, Title Operations Manager and
 General Counsel, FIDELITY NATIONAL
 TITLE & ESCROW OF HAWAII, INC.


DENNIS ENOMOTO
PY, INC.
765 Amana Street, Suite 500
Honolulu, Hawaii 96814

DATED:  Honolulu, Hawai'i, June 22, 2006.

                                                CADES SCHUTTE
                                                A Limited Liability Law Partnership

                                                _____
                                                JEFFREY S. PORTNOY
                                                CALVERT G. CHIPCHASE
                                                Attorneys for UNITY HOUSE,
                                                INCORPORATED