KIDANI LAW CENTER
Attorneys at Law
A Law Corporation

GRANT K. KIDANI     2152-0
ALAN L. WONG        7051-0
300 Kidani Law Center
233 Merchant Street
Honolulu, Hawaii 96813
Telephone: (808) 521-0933
Facsimile: (808) 536-9138
grant@kidani.com
alan@kidani.com

Attorneys for Objectors
RUDY L.K. TAM AND
INVESTMENT GROUP, LLC

IN THE UNITED STATES DISTRICT CIRCUIT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Criminal No.: 02-00438 DAE |
|---|---|
| Plaintiff, | ) |
| vs. | ) OBJECTORS RUDY L.K. TAM AND INVESTMENT GROUP, LLC'S **FIRST AMENDED** OBJECTION TO STIPULATED PROPOSED ORDER DISCHARGING THE RECEIVER FILED ON JUNE 5, 2006; FILED ON JUNE 23, 2006; AFFIDAVIT OF GRANT K. KIDANI; EXHIBIT "G"; CERTIFICATE OF SERVICE |
| AARON A. RUTLEDGE, ANTHONY A. RUTLEDGE, SR., a/k/a "TONY" RUTLEDGE, STAR-BEACHBOYS, INC. | ) |
| Defendants. | ) |

OBJECTORS RUDY L.K. TAM AND INVESTMENT
GROUP, LLC'S FIRST AMENDED OBJECTION TO
STIPULATED PROPOSED ORDER DISCHARGING THE
RECEIVER FILED ON JUNE 5, 2006; FILED ON JUNE 23, 2006

COME NOW Objectors RUDY L.K. TAM and INVESTMENT GROUP, LLC and (hereinafter collectively referred to as "OBJECTORS"), by and through their attorneys the KIDANI LAW CENTER, and hereby **amend** their objection to the *Stipulated [Proposed] Order Discharging the Receiver filed on June 5, 2006, filed on June 23, 2006. Objectors inadvertently filed their Objection without the foregoing exhibits attached to Exhibit "C" which is reference as* Defendants Rudy L.K. Tam and Investment Group, LLC's Motion for Fees and Costs Based Upon Violations of Rule 11 of the Hawaii Rules of Civil Procedures by Plaintiff Unity House, EG & G Technical Services, Inc., and Steven Egesdal, Esq. dated June 22, 2006, attached hereto as Exhibit "G" incorporated herein as reference.

DATED:   Honolulu, Hawaii, JUN 2 3 2006 _____.

_____
GRANT K. KIDANI
ALAN L. WONG
Attorneys for
RUDY L.K TAM AND
INVESTMENT GROUP, LLC