IN THE UNITED STATES DISTRICT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: 02-00438 DAE |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| AARON A. RUTLEDGE, ) | |
| ANTHONY A. RUTLEDGE, SR., ) | |
| a/k/a "TONY" RUTLEDGE, STAR- ) | |
| BEACHBOYS, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on ___JUN 2 3 2006___, a **filed** copy of the foregoing document was duly served upon the following at her/their last known address(es) in the manner indicated below:

HAND-DELIVERED          MAILED

(XXX)                                **BROOK HART, ESQ.**
                                     Melim Building
                                     333 Queen Street, Ste. 610
                                     Honolulu, Hawaii, 96813

                                     Attorneys for Receiver

<u>HAND-DELIVERED</u>          <u>MAILED</u>

                              (XXX)     **BRIAN DeLIMA, ESQ.**
                                        Hilo Lagoon Center
                                        101 Aupuni Street, Suite 133
                                        Hilo, Hawaii, 96720

                                        Counsel for Defendant
                                        AARON A. RUTLEDGE

**(XXX)**                               **PAUL B.K. WONG, ESQ.**
                                        Five Waterfront Plaza, 4th Floor
                                        500 Ala Moana Boulevard
                                        Honolulu, Hawaii, 96813

                                        Counsel for Defendant
                                        ANTHONY A. RUTLEDGE,
                                        SR.

**(XXX)**                               **DENNIS O'CONNOR, JR., ESQ.**
                                        Pacific Guardian Center, 24th Floor
                                        733 Bishop Street, Makai Tower
                                        Honolulu, Hawaii, 96813

                                        Counsel for Defendant
                                        STAR BEACHBOYS, INC.

| HAND-DELIVERED | MAILED |
|---|---|
| (XXX) | **EDWARD H. KUBO, ESQ.**<br>Office of the United States Attorney<br>PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii, 96850 |
| (XXX) | **STEVEN EGESDAL, ESQ.**<br>ASB Tower, Ste. 2200<br>1001 Bishop Street\<br>Honolulu, Hawaii, 96813 |

DATED: Honolulu, Hawaii, JUN 2 3 2006 _____.

_/s/_

GRANT K. KIDANI
ALAN L. WONG
Attorneys for Objectors
RUDY L.K. TAM and INVESTMENT
GROUP, LLC