IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00438 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AARON A. RUTLEDGE, | ) | |
| ANTHONY A. RUTLEDGE, SR., | ) | |
|  a/k/a "TONY" RUTLEDGE, | ) | |
| STAR-BEACHBOYS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER GRANTING THE GOVERNMENT'S LIMITED OPPOSITION TO THE
COURT'S STIPULATED PROPOSED ORDER DISCHARGING THE
RECEIVER

On June 2, 2006, this Court signed a stipulated proposed order

("Discharge Order") to release the court appointed receiver, EG&G Technical

Services, Inc., and its agent, Anthony Pounders ("Receiver"), from any further

involvement with this case and the management of Unity House, Inc. ("Unity

House"). The Discharge Order contained a number of provisions including, *inter*

*alia*, Paragraph 7, which stated that "[s]ince the Receiver acted at the request of the United States and as an agent for the Internal Revenue Service, the United States shall indemnify and hold harmless the Receiver . . . from any type of threatened, pending, or completed action, suit, or proceeding arising from or related to the receivership . . . ."

On July 7, 2006, the Government filed an objection to the Discharge Order on the basis that this Court is without authority to compel the United States to indemnify the Receiver. In particular, the Government contends that this broad prospective indemnification violates the United States' sovereign immunity and is contrary to the Appropriations Clause of the United States' Constitution and the Anti-Deficiency Act. This Court agrees with the Government's objections.

Accordingly, Unity House, the Receiver, and the Government shall either strike Paragraph 7 of the Discharge Order or replace the language with terms acceptable to all parties.

<u>CONCLUSION</u>

For the reasons stated above, the Court hereby GRANTS the

Government's Limited Opposition to the Court's Stipulated Proposed Order

Discharging the Receiver.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 25, 2006.



_____
David Alan Ezra
United States District Judge

<u>United States of America vs. Aaron A. Rutledge, et al.</u>, CR. No. 02-00438 DAE;
ORDER GRANTING THE GOVERNMENT'S LIMITED OPPOSITION TO THE
COURT'S STIPULATED PROPOSED ORDER DISCHARGING THE
RECEIVER