IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff,    )<br>)<br>    vs.    )<br>)<br>AARON A. RUTLEDGE,    )<br>ANTHONY A. RUTLEDGE, SR.,    )<br> a/k/a "TONY" RUTLEDGE,    )<br>STAR-BEACHBOYS, INC.,    )<br>)<br>    Defendants.    )<br>_____ ) | CR. NO.  02-00438 DAE |

ORDER DENYING UNITY HOUSE, INCORPORATED'S PARTIAL
OBJECTION TO STIPULATED PROPOSED ORDER DISCHARGING THE
RECEIVER, FILED JUNE 5, 2006

On June 2, 2006, this Court signed a stipulated proposed order

("Discharge Order") to release the court appointed receiver, EG&G Technical

Services, Inc., and its agent, Anthony Pounders ("Receiver"), from any further

involvement with this case and the management of Unity House, Inc. ("Unity

House"). The Discharge Order contained a number of provisions including, *inter alia*, that Unity House "shall pay the invoices of the attorney's retained by the Receiver. . ."

On June 22, 2006, Unity House filed an objection to the Discharge Order requesting the right to audit any invoice submitted by attorneys retained by the Receiver to ensure that the fees charged are reasonable.

Throughout the course of this lawsuit, the Receiver has audited the records of the attorneys it retained and submitted all expenses to this Court for approval. The Court has approved all such charges and found them reasonable and necessary to carry out the Receiver's obligations as ordered by this Court. Given these facts, the Court finds that any further audits are unnecessary and would constitute a waste of valuable Unity House resources. Therefore, Court DENIES Unity House's objection.

<u>CONCLUSION</u>

For the reasons stated above, the Court hereby DENIES Unity House, Incorporated's Partial Objection to Stipulated [Proposed] Order Discharging the Receiver, filed June 5, 2006.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 25, 2006.



_____
David Alan Ezra
United States District Judge


<u>United States of America vs. Aaron A. Rutledge, et al.</u>, CR. No. 02-00438 DAE; ORDER DENYING UNITY HOUSE, INCORPORATED'S PARTIAL OBJECTION TO STIPULATED PROPOSED ORDER DISCHARGING THE RECEIVER, FILED JUNE 5, 2006